# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144331-3

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

WAYLAND LYNN DILTS,
  Defendant-Appellant.

SC: 144331-3
COA: 299684; 299716; 299717
Ingham CC: 09-001331-FH;
09-001265-FC; 09-001332-FC

_____/

On order of the Court, the application for leave to appeal the November 8, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

d0827